AO 91 (Rev. 11/11)  Criminal Complaint

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
January 30, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America
v.
MICHAEL KEVIN PATRICK

Case No.  1:26MJ6

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 2024 - April 2025__ in the county of __Smyth__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Certain activities relating to material involving the sexual exploitation of minors. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Lindsey Rosson
*Printed name and title*

Sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone.

Date: 1/30/2026

*Judge's signature*

City and state: Roanoke, VA

C. Kailani Memmer, U.S. Magistrate Judge
*Printed name and title*