CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

February 03, 2026

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| ARREST OF: | ) | No. 1:26mj6 |
| | ) | |
| MICHAEL KEVIN PATRICK | ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lindsey Rosson, being first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Richmond Division, Bristol Resident Agency.  I have been a Special Agent with the FBI since August 1, 2021.  I have received training in federal law, interviewing and interrogation techniques, physical surveillance, tactics, firearms, search and seizure procedures, and arrest procedures at the FBI Academy in Quantico, VA.

2.      I have experience with cases involving the following crimes: crimes against children, conspiracy, financial crimes, and other violations of Title 18 of the United States Code.  I also have experience utilizing the following investigative techniques and procedures: interviewing suspects, victims, and witness; identification and collection of computer-related evidence; search warrants for online accounts and electronically stored information; and executing arrest warrants.

1

In addition to my basic law-enforcement training at the FBI Academy, I have also received training in the following areas: financial investigations; criminal use of email, social media, and telephonic communications; Title III wire interceptions; and forensic search procedures.

3.     I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this warrant. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause for the requested arrest warrant. The assertions in this affidavit are true to the best of my knowledge and belief.

4.     Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252 have been committed by MICHAEL KEVIN PATRICK ("PATRICK") by his receipt of material involving the sexual exploitation of a minor.

## STATUTORY AUTHORITY

5.     "Any person who . . . knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if . . . (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct" is in violation of 18 U.S.C. § 2252(a)(2).

## TECHNICAL TERMS

6.     Based on my training and experience, and information acquired from other law enforcement officials with technical expertise, I know the terms described below have the following meanings or characteristics:

7.     A "means or facility of interstate commerce" includes communication by telephone and/or the internet.

8.     "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or

other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

9.    "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, other mobile phones, and other mobile devices.  *See* 18 U.S.C. §§ 2256(6), 1030(e)(1).

10.    "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

11.    "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

4

12.   "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## FACTS ESTABLISHING PROBABLE CAUSE

13.   On April 1, 2025, Juvenile Victim 1 ("JV1") reported to the Marion, Virginia Police Department that PATRICK had engaged in a sexual relationship and exchanged nude images with JV1.  PATRICK's date of birth is June 5, 1957.

14.   In Child/Adolescent Forensic Interviews ("CAF Interview") conducted on April 17, 2025, and January 8, 2026, JV1 provided the following information:

   a.   JV1 started working at Smyth County Community Hospital in December 2023. Soon after starting the job, JV1 met PATRICK in the elevator at Smyth County Community Hospital. PATRICK was employed at the hospital as a medical doctor. PATRICK asked JV1 what JV1 was interested in studying at school.  JV1 told PATRICK that JV1 was in high school and was interested in studying medicine.  JV1 and PATRICK discussed the medical field and required schooling.

   b.   JV1 and PATRICK began talking with one another regularly while at work.   PATRICK asked if JV1 had a boyfriend.   JV1 said no.

5

PATRICK said, "There's no way. You are so beautiful." JV1 and PATRICK began flirting with each other. PATRICK regularly commented on JV1's appearance and body.

c. In November 2024, JV1 had lunch alone with PATRICK in the doctors' lounge of Smyth County Community Hospital. JV1 told PATRICK that JV1's birthday was ████████, 2007. PATRICK responded with something to the effect of "Oh, so you're 17, about to be 18." (PATRICK incorrectly surmised that JV1 was 17 years old and turning 18 years old on ████████, 2024.) JV1 responded, "Yes," and did not correct PATRICK. (JV1 was actually 16 years old and turning 17 years old on ████████, 2024.) JV1 and PATRICK exchanged telephone numbers.

d. Immediately after PATRICK and JV1 met for lunch, JV1 and PATRICK began communicating via text messages and telephone calls daily. Prior to what PATRICK believed to be JV1's 18th birthday, PATRICK and JV1 engaged in sexual conversations with one another. PATRICK told JV1 that JV1 was "hot," that JV1's "body turned him on," and that PATRICK liked to watch JV1's "butt move" in JV1's pants.

e. Prior to what PATRICK believed to be JV1's 18th birthday (███████ █, 2024), JV1 and PATRICK exchanged nude images via text message. The first time this occurred, PATRICK told JV1, while the two of them were talking on the telephone, how much PATRICK wanted to see JV1's body. JV1 then sent an image of JV1's vagina to PATRICK.

f. JV1 sent PATRICK multiple images and videos containing child pornography over time (both before and after the time PATRICK believed to be JV1's 18th birthday). PATRICK would imply that PATRICK wanted to see nude images of JV1 by saying things like, "Oh, I really want to see you. I bet you look so hot right now," and saying PATRICK wanted to have sex with JV1. In these instances, JV1 knew that PATRICK wanted to see photos of JV1's vagina. JV1 took photos of JV1's vagina and made videos of JV1 masturbating specifically for PATRICK. JV1 sent the images and videos to PATRICK only. PATRICK always responded positively toward the images and videos of JV1 and sometimes reciprocated with images of PATRICK's erect penis.

g. Prior to what PATRICK believed to be JV1's 18th birthday (███████ █, 2024), PATRICK invited JV1 to PATRICK's residence in Marion, Virginia. PATRICK made dinner for JV1. At the end of the visit,

PATRICK told JV1 they needed to be "discreet" about JV1 coming to PATRICK's house for dinner because of JV1's age. PATRICK said other people might view PATRICK as a "predator."

h. JV1 travelled to PATRICK's residence multiple times after that. The second time, PATRICK and JV1 kissed and engaged in sexual touching of the genitals on top of their clothes. The two subsequent times, JV1 and PATRICK had penetrative sexual intercourse in PATRICK's bed. That sexual intercourse occurred after PATRICK believed JV1 had turned eighteen.

i. During the sexual intercourse, PATRICK left significant bruising on JV1's thighs and buttocks from his mouth and from spanking JV1. JV1 sent PATRICK images of JV1's vagina in which the bruising was visible. PATRICK told JV1 that PATRICK liked the bruises because PATRICK had "marked his territory."

j. JV1 and PATRICK's relationship continued until rumors of their romantic involvement began circulating around Smyth County Community Hospital. JV1's relative ("Relative 1") also works at Smyth County Community Hospital and heard the rumors. Relative 1 confronted JV1. JV1 confirmed the relationship. JV1 and Relative 1

8

then contacted Marion Police Department to report PATRICK's conduct.

15.    On April 1, 2025, Marion Police Department seized JV1's cellular telephone.  On April 2, 2025, Marion Police Department obtained consent to search the device.

16.    On April 2, 2025, Virginia State Police conducted a forensic download of JV1's cellular telephone.  A review of the forensic download identified a text message thread containing 19,543 text messages between JV1 (telephone number ending in 5533) and PATRICK (telephone number ending in 2451).  The text message thread was initiated by JV1 on November 17, 2024, at 01:15:36 PM.  JV1 and PATRICK exchanged multiple messages daily until April 2, 2025.

17.    Further review of the forensic download identified relevant call logs between JV1 and PATRICK.  Between November 19, 2024, and April 1, 2025, JV1 received 109 telephone calls from and placed 93 telephone calls to PATRICK. The duration of the telephone calls ranged from unanswered to over 3 hours.  The telephone calls primarily occurred in the evenings between 6:00 PM and 10:00 PM.

18.    An FBI Administrative Subpoena to Verizon confirmed the subscriber of the telephone number ending in 5533 to be JV1 and the subscriber of the telephone number ending in 2451 to be PATRICK.

19.    I have independently reviewed the contents of JV1's cell phone.  The following tables display a sample of the text messages between JV1 and PATRICK.

| November 17, 2024 | | | |
|---|---|---|---|
| 06:04:17 PM | JV1 | What are you wanting to do? |
| 06:06:53 PM | PATRICK | I don't know how your family would react to me doing something with you. They would view me as a predator. |
| 06:33:40 PM | JV1 | Can I please come over? |
| 06:42:04 PM | PATRICK | Ok. |
| 06:42:50 PM | PATRICK | HOME ADDRESS |
| 06:44:17 PM | JV1 | Be there soon. |
| 06:47:37 PM | JV1 | Let me in. |
| 08:10:40 PM | PATRICK | Thank you for having dinner with me. |
| 10:49:33 PM | PATRICK | You are mature for your age. You have far more awareness than people your age. You are insightful. I am impressed. |
| 10:54:36 PM | JV1 | I like older men anyway. |
| 11:07:59 PM | PATRICK | I will enjoy exploring and experiencing you. You should go to bed. |

| November 18, 2024 | | | |
|---|---|---|---|
| 02:27:36 PM | PATRICK | I'm flirting with [kissing face emoji] |
| 02:30:43 PM | JV1 | I'm flirting with you too. Have been all day. You're finally returning my sentiments. |
| 02:32:05 PM | PATRICK | I'm careful. I wouldn't want someone reading our texts and misrepresenting. |
| 02:33:09 PM | PATRICK | They'd think dirty old man seducing this poor innocent child… |
| 02:34:31 PM | JV1 | Nobody is going to read anything. Plus, less than 20 days [referring to JV1's birthday]. |
| 02:44:12 PM | PATRICK | I will practice restraint for now. Later, not so much. |
| 05:14:30 PM | PATRICK | You know you're hot. |
| 07:53:52 PM | PATRICK | When can I take you out for dinner? |
| 07:54:50 PM | JV1 | Soon. |

10

| 08:00:22 PM | PATRICK | Well, I want it to be soon as well. I'm looking forward to December 7. |
| 08:09:08 PM | PATRICK | What do you want for your birthday? |
| 08:12:17 PM | JV1 | You. The Dr. Patrick. The magic man himself. |
| 08:12:57 PM | PATRICK | Well, you can have me. |
| 08:20:54 PM | PATRICK | Now I've got you backpedaling. |
| 08:20:54 PM | JV1 | Never. I was all over you Sunday, do you think that's going to change? |
| 08:23:06 PM | PATRICK | You weren't all over me. You rubbed my legs with your legs. We had a hug. I restrained myself. |
| 08:27:36 PM | PATRICK | I need to be until you turn 18. |
| 08:28:05 PM | JV1 | I can't wait that long. |
| 08:36:23 PM | PATRICK | You can touch me all you want. |
| 08:49:41 PM | PATRICK | I was restrained. There are things I would have liked to have done. |
| 08:57:40 PM | PATRICK | I trust you but if I was accused of doing something inappropriate with you, then I could lose my license. |
| 09:00:28 PM | JV1 | Discreet, like you mentioned. Nobody is going to know regardless. |
| 09:01:21 PM | PATRICK | Let's keep it that way. |

| **November 19, 2024** | | |
|---|---|---|
| 07:03:57 PM | PATRICK | I look at you from the front and imagine and I look at you when you walk away and salivate. |
| 07:41:10 PM | JV1 | I want to touch you. |
| 07:49:13 PM | PATRICK | I am honestly anxious to be too explicit with you because it's not ████████ ██ yet. |
| 07:50:35 PM | JV1 | It's ██ days away. Does that really matter? |
| 07:53:02 PM | PATRICK | I am looking forward to your birthday. |
| 07:54:17 PM | PATRICK | I would like to see you in your birthday suit standing in front of me. |
| 07:56:25 PM | PATRICK | Then I'll touch you. Slowly, deliberately. |
| 08:27:36 PM | PATRICK | You need to visit me. |
| 08:29:10 PM | JV1 | I do. |

| 08:37:20 PM | PATRICK | Ground rule – no neck marks for either of us. Anywhere else is a go. |
| 09:19:57 PM | PATRICK | This has to be our secret. No one else can know. |
| 09:20:31 PM | JV1 | No one else is going to know. Trust me. |
| 09:52:05 PM | PATRICK | Discretion is mandatory. |
| 09:59:02 PM | PATRICK | It's not like I can come knocking on the door of [Relative 1's] house and say, hey [Relative 1], I'm here to make out with [JV1]. |
| 10:32:43 PM | PATRICK | Ok, figure out what you're going to do. I'll leave it to you. If I go to prison and lose my medical license, then I hope you will have pity on me. |

| **November 20, 2024** | | |
| --- | --- | --- |
| 07:07:19 AM | JV1 | Be my doctor. |
| 07:10:19 AM | PATRICK | I cannot treat a patient with whom I have a relationship. State of Virginia says so. |
| 07:11:03 AM | JV1 | It wasn't meant literally. |
| 07:11:34 AM | PATRICK | Well, if you want me to play Dr with you, that's another thing… |
| 09:31:49 AM | PATRICK | Your pleasure is of tantamount importance to me. I have a mental picture that drives me insane. |
| 09:38:28 AM | PATRICK | The thought of you pleasuring yourself…talk about crazy. |
| 09:45:31 AM | JV1 | Pleasuring myself to the thought of you. |
| 11:00:19 AM | PATRICK | You have no idea. I've smelled you, followed you, watched you, and needed you. |
| 11:19:43 AM | PATRICK | If someone were to read our text messages, then I would be made out to be a predator trying to seduce a sweet, innocent young girl. I would not stand a chance. |
| 11:20:55 AM | PATRICK | I would be placed on the sexual offenders list. That ruins the rest of your life. |
| 11:27:20 AM | JV1 | Like I've said before, it's days before I'm legal. Me and you both know that. |

| 02:12:15 PM | PATRICK | I would love to pull you close to kiss those lips and cup those ass cheeks in my hands. |
| 02:16:29 PM | PATRICK | I have looked at that face of yours. I've wanted to hold it while I explored your mouth, bit your lips, tasted you. |
| 03:08:18 PM | JV1 | You are such a gentleman. |
| 03:10:11 PM | PATRICK | Until I get you alone. |
| 03:10:47 PM | PATRICK | Then I'll ravage you from had [*sic*] to toe. |
| 03:14:07 PM | PATRICK | I might leave you with a few bite marks that only you will see. |
| 03:14:53 PM | PATRICK | Inner thighs, sweet ass. |
| 03:26:47 PM | PATRICK | I want to taste and feel your wetness. |
| 03:26:58 PM | JV1 | I get so wet for you. |
| 03:27:47 PM | PATRICK | Are you getting wet now? Are your nipples hard? |
| 03:28:56 PM | JV1 | I'm wet as hell, and I can't do anything about it. |
| 03:30:44 PM | PATRICK | I would love to do something about it. I would love to put my hand down your pants and touch your wetness. I would stroke it gently, then faster and harder. |

| November 21, 2024 | | |
|---|---|---|
| 12:36:37 PM | PATRICK | ██████████? |
| 12:38:23 PM | PATRICK | You cross the magical legal line. |
| 12:41:37 PM | PATRICK | Perhaps we need to cool our jets until you cross over. |
| 12:44:34 PM | JV1 | Are you sure? |
| 12:50:47 PM | PATRICK | I am not uncomfortable with you, I am uncomfortable with the situation. |
| 01:13:40 PM | PATRICK | So, if the situation were different, I would have you at my house as often as you wanted to be there. And if that were full-time, then I would be OK with that. Let's stay in touch cool down the conversations that means the temperature of the conversations. Once you turn 18, the rhetoric gets turned back up. |
| 01:17:02 PM | JV1 | Ok, that's fine. |

| November 22, 2024 | | |
|---|---|---|
| 06:26:22 PM | JV1 | Am I still allowed to come over? Lol |
| 06:27:08 PM | PATRICK | Yes. I am on my way home now. |
| 06:27:23 PM | JV1 | Alright sweetheart. See you soon. |
| 06:46:13 PM | JV1 | Are you going to let me in? |
| 08:53:21 PM | PATRICK | [JV1's name], I'm going to miss you. And you're an awesome kisser. |
| 09:13:57 PM | JV1 | My legs are still shaking. Thanks. |
| 09:16:39 PM | PATRICK | You tasted like heaven. |
| 09:20:24 PM | PATRICK | I want to lose control with you. |
| 09:41:01 PM | JV1 | You made me wet. |
| 09:43:01 PM | PATRICK | I'm glad I made you wet. I would love to finish the job. The pleasure would be all mine. To taste your wetness and feel your wetness. |
| 09:50:07 PM | PATRICK | I wanted to go slow. |
| 09:50:48 PM | JV1 | Well…that ended up like our rules. |
| 09:51:27 PM | PATRICK | I know. I couldn't stop. |
| 10:24:09 PM | PATRICK | You're pure hotness. You jumped on top and went to town. I loved it. |
| 11:06:30 PM | PATRICK | I want you to teach me to touch you how you like it. |
| 11:07:16 PM | JV1 | If you're touching me then I like it. |

| November 24, 2024 | | |
|---|---|---|
| 09:01:37 AM | PATRICK | I've thought about your breasts. I've wanted to lick your nipples until they were hard and you were moaning. |
| 09:06:35 AM | PATRICK | I will gently bite your belly. I'll keep moving down to the area between your thighs and pelvis. I'll lick and nibble. Then down your thighs. Biting, nibbling, licking. |
| 09:09:10 AM | PATRICK | I will be a connoisseur of your anatomy. I'll savor you – every inch. |
| 09:24:18 AM | JV1 | Yeah. Too bad we ran out of time or I would've gone further with you. |

14

| 09:31:11 AM | PATRICK | No doubt. I wanted you naked in my bed. I wanted to be inside of you. I wanted my skin touching yours. |
|---|---|---|
| 03:19:56 PM | JV1 | I want to see you tonight. |
| 03:03:25 PM | PATRICK | Arrange it. I'll eat with [Individual 1] 5 pm and be home by 6. |
| 03:31:15 PM | JV1 | Waitt on a scale of 1-10 how willing would you be to take me home? |
| 03:31:15 PM | PATRICK | I absolutely would be willing to take you home. |
| 06:32:11 PM | JV1 | Let me innnn |
| 08:21:32 PM | PATRICK | I just beat the train. I couldn't go back the way I came. I had to go through town because I was out running train. Thank you for a truly magnificent evening. |
| 08:27:49 PM | JV1 | I'm so fucking horny it's not even funny. What did you do to me. |
| 08:31:39 PM | PATRICK | Ok so I made a stupid rule which I now discard. I need your skin against mine. I need to feel you. I need to love you. |
| 08:38:56 PM | JV1 | I'm still so wet. You do something to me. |
| 08:42:26 PM | PATRICK | I know. If you want to stick by the rules, then we will. If you're willing to follow my lead and discard them, we can do that as well. The next time I am going to take you in my bedroom, pull your clothes off and make love to you. You can grind on me all you want then. You can be as wet as you want to be. |
| 08:46:08 PM | JV1 | Rules are made to be broken. |

| November 25, 2024 | | |
|---|---|---|
| 06:50:00 AM | JV1 | I want you, baby. |
| 07:02:14 AM | PATRICK | Yes you do. You saw it last night. I was hesitant to be too aggressive but I am not now. I need your naked body beneath me and I need to be inside you. |
| 10:57:28 AM | PATRICK | Let's hope for Wednesday. |

15

| 10:59:33 AM | JV1 | I bet I will only be able to see you at work. |
| 11:00:45 AM | PATRICK | I will take you to the broom closet. |
| 11:01:32 AM | JV1 | Maybe explore the hospital a litttttleeee bit. |
| 11:03:10 AM | PATRICK | Security is everywhere. Then there's housekeeping. And now people use the bathroom off the doctor's lounge. |
| 11:04:01 AM | PATRICK | Getting caught before ████████…oh lord. |
| 11:08:11 AM | PATRICK | The doctor call rooms beside doctors lounge. The door locks. |
| 11:08:35 AM | JV1 | Not a bad idea. |

| **November 26, 2024** | | |
|---|---|---|
| 09:38:46 PM | PATRICK | I'm just trying to get you all hot and bothered. |
| 09:40:32 PM | JV1 | I know. It's working. You can't do that to me then leave. |
| 09:41:30 PM | PATRICK | Do you want me to talk to you while you're playing with yourself? |
| 09:42:55 PM | JV1 | I wish I could do something about it. I'd love to listen to you talk me through it. |
| 09:45:11 PM | PATRICK | Plug those earbuds in and I will call you. I will tell you what I'm gonna do to you and you can have fun with your fingers. |
| 09:45:29 PM | JV1 | I can't. I'm on my period. |
| 09:46:06 PM | PATRICK | Your clitoris is above your vaginal vault. |
| 09:49:42 PM | JV1 | I need more than just a little touching, baby. I always get messy. That's the problem. |

| **November 28, 2024** | | |
|---|---|---|
| 07:02:56 AM | PATRICK | I'm glad we saw each other yesterday and I look forward to the next time. I take what I can get. The phone conversation was a plus. I want to hold you in my arms. |
| 07:07:10 AM | JV1 | Also, nobody knows this is going on now. So, you have to act like nothing is. That big grin yesterday spoke volumes. |

| 09:00:28 AM | PATRICK | Sweet, innocent girl becomes victim of predatory, powerful doctor who abandons his patients to kidnap her against her will. |
| 09:01:20 AM | JV1 | That's why nobody knows except us. |
| 11:26:31 AM | PATRICK | I suspect other people will have objections. |
| 11:34:43 AM | PATRICK | People will think you are crazy and I must have manipulated you. |
| 12:12:25 PM | PATRICK | I need a pic hotness |
| 12:12:38 PM | JV1 | If I can sneak one. My brother is hogging the bathroom. |
| 03:14:12 PM | PATRICK | Enjoy the day with family!! |
| 03:14:25 PM | JV1 | You should be here. |
| 03:17:09 PM | PATRICK | I would be arrested. |

| November 29, 2024 | | |
|---|---|---|
| 11:24:54 AM | PATRICK | And still no picture. I want to admire your pulchritude. |
| 03:03:30 PM | JV1 | I'm finally free. |
| 03:13:21 PM | PATRICK | Stairway. |
| 03:13:50 PM | JV1 | Right now?? |
| 03:14:16 PM | PATRICK | 3 minutes. |
| 03:14:28 PM | JV1 | Okayyy. |
| 03:18:40 PM | PATRICK | Here |
| 04:08:33 PM | PATRICK | I really liked touching you today. |

20.    On December 3, 2024 (prior to what PATRICK believed to be JV1's 18th birthday), JV1 and PATRICK exchanged multiple text messages throughout the day.  At 09:22:43 PM, PATRICK called JV1. The call lasted for 1 hour, 25 minutes, and 53 seconds. At 10:48:34 PM, JV1 sent PATRICK a photograph of JV1 lying on her back with legs spread to expose her vagina and anus.  In the photo, JV1 is holding

her leg up with her hand. A white and clear substance is visible on JV1's vagina.

The following table displays the subsequent messages:

| December 3, 2024 | 10:49:12 PM | PATRICK | OMG |
|---|---|---|---|
| December 3, 2024 | 10:50:38 PM | PATRICK | That's spectacular. Baby you're beautiful. I love you. |
| December 3, 2024 | 10:51:17 PM | JV1 | Says you. I adore you |
| December 3, 2024 | 10:52:14 PM | PATRICK | Trust me…I'm a doctor. |
| December 3, 2024 | 10:58:29 PM | JV1 | Try not to stare at me too long. You need some sleep. Goodnight, sweetheart. I love you. |
| December 3, 2024 | 10:59:33 PM | PATRICK | I hope one day soon. Lord help me. It's delectable. |
| December 3, 2024 | 11:02:36 PM | PATRICK | Delicious looking. I look at the juice and thought I should be licking that. I want to bite those thighs and that ass. That's a whole meal right there. |
| December 4, 2024 | 06:38:19 AM | PATRICK | Every time I look at that pic I get hot all over again. |
| December 4, 2024 | 06:47:28 AM | JV1 | Don't look at it too much. |
| December 4, 2024 | 07:46:29 AM | JV1 | Plans for today? I forgot. |
| December 4, 2024 | 07:49:09 AM | PATRICK | Fantasize about you over and over. Look at pic over and over. Get hot over and over. |
| December 4, 2024 | 07:54:12 AM | JV1 | I should've left it to your imagination. I'm a little bit of a tease. |
| December 4, 2024 | 07:57:35 AM | PATRICK | Oh no. I'm glad you sent it. Much more real. I've already imagined. Intimacy, trust, love. |

18

21.    On December 5, 2024 (prior to what PATRICK believed to be JV1's 18th birthday), JV1 and PATRICK exchanged multiple text messages throughout the day.  At 6:17:48 PM, PATRICK called JV1.  The call lasted 2 hours, 51 minutes and 16 seconds.  At 09:09:30 PM, JV1 sent PATRICK another photograph of JV1 lying on her back with legs spread to expose her vagina and anus.  In the photo, a white substance is visible on her vagina.  PATRICK responded, "I really do love you" at 09:11:23 PM.  At 10:10:15 PM, PATRICK called JV1 again. The call lasted 21 minutes and 20 seconds.

22.    On ██████████, 2024, (prior to what PATRICK believed to be JV1's 18th birthday), JV1 and PATRICK exchange multiple text messages throughout the day including the following:

| ██████████, 2024 | | |
|---|---|---|
| 06:12:16 AM | PATRICK | Tomorrow is your big day beautiful. |
| 08:00:51 AM | JV1 | Big 18. |
| 08:03:54 AM | PATRICK | A major milestone. The functioning adult becomes the official adult. |
| 08:34:28 AM | PATRICK | I have not touched you since Sunday. I'm having █WS. [JV1's name] Withdrawal Syndrome. |

23.    At 07:46:41 PM, PATRICK called JV1.  The call lasted for 1 hour, 56 minutes, and 43 seconds.  At 09:41:48 PM, PATRICK sent JV1 a photograph of an adult male's erect penis.  The following table displays the subsequent messages.

| ██████████, 2024 | 09:48:46 PM | JV1 | I can't stop looking at you. You're so fucking handsome. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| ▮▮▮▮▮, 2024 | 09:49:49 PM | PATRICK | Not exactly a selfie. |
| ▮▮▮▮▮, 2024 | 09:53:02 PM | JV1 | I'm not complaining. Good lord. |
| ▮▮▮▮▮, 2024 | 06:45:23 AM | PATRICK | Happy Birthday [JV1's name]! Wishing you all the happiness on this special day. I would love to see you. I'll talk to you later. |
| ▮▮▮▮▮, 2024 | 08:03:45 AM | PATRICK | I'm so excited for you. This is a landmark day in your life. |
| ▮▮▮▮▮, 2024 | 08:18:56 AM | PATRICK | My God woman. I have never sent anything like what I sent you last night. EVER!!! To anyone. But I love you. |

24.     After ▮▮▮▮▮, 2024, JV1 sent PATRICK an additional 17 images and 2 videos containing child pornography of JV1.   After ▮▮▮▮▮, 2024, PATRICK sent JV1 an additional 4 images of an erect penis.

25.     Further review of the text message thread revealed JV1 travelled to PATRICK's residence 3 times to engage in physical sexual contact that did not include penetrative intercourse.   Two of these encounters occurred prior to ▮▮▮▮▮, 2024.

26.     In addition, PATRICK transported JV1 to PATRICK's residence 4 times to engage in physical sexual contact that did include penetrative intercourse. None of these encounters occurred prior to ▮▮▮▮▮, 2024.

27.     While at work, JV1 and PATRICK met in the stairwell of Smyth County Community Hospital approximately 17 times to engage in physical sexual

contact that did not include penetrative intercourse. JV1 and PATRICK met in the stairwell to avoid security cameras and hospital personnel. At least 5 of these encounters occurred prior to ▮▮▮▮▮▮, 2024. (See, for example, the above text message thread dated November 29, 2024.)

28. On April 2, 2025, JV1 contacted PATRICK via text message, likely at the request of Marion Police Department[1]. The following table displays the messages.

| April 2, 2025 | | |
|---|---|---|
| 12:12:32 PM | JV1 | Hey. I haven't been able to reach out to you because [Relative 1] had my phone and was trying to dial someone else. |
| 12:13:27 PM | JV1 | I was able to grab my phone for a few. Message me back when you can please. |
| 12:19:49 PM | PATRICK | I'm suspended from work for being involved with you – a 17 yo? I'm being investigated. |
| 12:20:25 PM | JV1 | What are you being investigated for? Am I going to be in trouble? |
| 12:20:57 PM | PATRICK | You told me you were 18. |
| 12:21:31 PM | JV1 | No, I wasn't. |

---

[1] In a CAF Interview on January 8, 2026, JV1 was presented a series of text messages between JV1 and PATRICK sent on April 2, 2025. JV1 stated that JV1 met with Detective Sargent Wes Thomas ("Thomas") of the Marion Police Department and sent the messages to PATRICK at the direction of Thomas. On January 9, 2026, your affiant spoke with Thomas. Thomas did not specifically recall directing JV1 to send the messages to PATRICK but stated he probably did because JV1's cellular telephone was in Thomas's custody at the time the messages were sent. Thomas did recall meeting with JV1 and Relative 1 one other time after JV1 filed the initial police report on April 1, 2025. However, Thomas did not recall when or why the other meeting occurred. Based on the documentation collected from Marion Police Department, (specifically the initial police report and recorded interview of JV1 dated April 1, 2025, and the signed consent to search form for JV1's cellular telephone dated April 2, 2025), your affiant believes JV1 travelled to Marion Police Department with Relative 1 on April 2, 2025 to provide consent to search JV1's cell phone, and that the text messages were sent at that time.

| 12:21:51 PM | JV1 | I hit one of the bottom messages I'm sorry. The automatic ones. |
| 12:21:56 PM | PATRICK | You told me you turned 18 on ▮▮▮▮ |
| 12:22:44 PM | JV1 | What do you think is going to happen? |
| 12:23:08 PM | PATRICK | Are you 18? |
| 12:24:24 PM | PATRICK | I will likely be fired. I told them the truth about what happened. |
| 12:24:38 PM | JV1 | What did you tell them? |
| 12:27:33 PM | JV1 | [Relative 1] is home. I have to go. I'll try to reach back out to you soon. |
| 12:27:59 PM | PATRICK | You approached me. You ate dinner with me once. We only saw each other briefly while we worked. No outside visits but phone calls and texts. You told me you were 18 yo or else I would have never interacted with you. I've deleted everything we texted each other. We should not talk. |

29.    JV1 interpreted the final message from PATRICK sent at 12:27:59 PM as a plan to deny PATRICK's conduct and destroy evidence.

30.    Pursuant to a search warrant issued in the Commonwealth of Virginia on April 2, 2025, Marion Police Department conducted a search of PATRICK's residence, ▮▮▮▮▮▮▮▮, Marion, VA ▮▮▮▮.  Marion Police Department seized 6 electronic devices and 5 electronic storage media items, including an iPhone 13 Pro and an iPad Pro, belonging to PATRICK.

31.    Between April 10, 2025, and May 5, 2025, Virginia State Police conducted forensic download of the seized electronic devices, including the iPhone 13 Pro and iPad Pro.

32.    The forensic extraction of PATRICK's iPhone 13 Pro recovered a portion of the text message thread between JV1 and PATRICK discussed above. The conversation had been deleted on PATRICK's device, but a portion was forensically recovered.   The recovered portion contained 4,154 text messages from March 5, 2025, to April 2, 2025. The recovered portion matched the messages found on JV1's cellular telephone.

33.    The forensic extraction of PATRICK's iPhone 13 Pro recovered 21 images containing child pornography of JV1, including the two images described above sent from JV1 to PATRICK on December 3, 2024, and December 5, 2024.

34.    The forensic extraction of PATRICK's iPad Pro recovered most of the text message thread between JV1 and PATRICK discussed above. The recovered portion contained 19,134 text messages from November 17, 2024, and April 2, 2025. The recovered portion matched the messages found on JV1's cellular telephone.

35.    The forensic extraction of PATRICK's iPad Pro recovered 18 images and 2 videos containing child pornography of JV1, including the two images described above sent from JV1 to PATRICK on December 3, 2024, and December 5, 2024.

36.    In a CAF Interview on January 8, 2026, JV1 was presented with a representative sample of the images and videos containing child pornography recovered from the text message threads on PATRICK's iPhone 13 Pro and iPad Pro.  JV1 positively identified herself in the images and videos. Specifically, JV1 positively identified herself in the two images described above that were sent from JV1 to PATRICK on December 3, 2024, and December 5, 2024.  JV1 created the images using JV1's cellular telephone while on JV1's bed. JV1 only sent the images to PATRICK.

## CONCLUSION

37.    Based upon the contents of this affidavit, I respectfully submit there is probable cause to believe that MICHAEL PATRICK has violated 18 U.S.C. § 2252(a)(2).

38.    Therefore, I respectfully request that the court issue a warrant authorizing the arrest of MICHAEL PATRICK of Sugar Grove, Virginia, for the above violation.

39.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application.  I believe that sealing these documents is necessary because they are relevant to an ongoing investigation, and for reasons of law enforcement and target safety the documents should remain out of public view at this time.  Based upon my training

and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may jeopardize safety.

Lindsey Rosson, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Sworn to and subscribed to me this __30th__ day of January, 2026.

The Honorable Kailani Memmer
UNITED STATES MAGISTRATE JUDGE

Reviewed by: Whit Pierce, AUSA